# United States District Court

## EASTERN DISTRICT OF WISCONSIN

**JUDGMENT IN A CIVIL CASE**

**GUARANTY BANK,**

        Plaintiff,

    V.                      CASE NUMBER: **05-C-1301**

**GREAT NORTHERN INSURANCE CO., and
FEDERAL INSURANCE CO.,**

        Defendants.

☐   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒   **Decision by Court.** This action came on for consideration and a decision has been rendered.

IT IS ORDERED AND ADJUDGED **that the motion of defendants Great Northern Insurance Co. and Federal Insurance Co. for summary judgment is GRANTED on plaintiff's lawsuit to recover settlement costs in resolving a lawsuit in the United States District Court for the Eastern District of Michigan.**

**Plaintiff Guaranty Bank's motion for summary judgment is DENIED.**

**This action is hereby DISMISSED.**

| | |
|---|---|
| **August 28, 2007** | **JON W. SANFILIPPO** |
| Date | Clerk |
| | s/ Linda M. Zik |
| | (By) Deputy Clerk |